UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**ELECTRONICALLY FILED**

CIVIL ACTION NO. _____

UNITED STATES OF AMERICA,                                              PLAINTIFF

vs.                                       **COMPLAINT**

A C MINING OF EAST KY, INC.                                            DEFENDANT

\* \* \* \* \* \* \*

The United States, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, brings this action against the defendant, A C MINING OF EAST KY, INC., to collect civil penalties and other amounts owed to the United States under the Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801 et seq. ("Mine Act"), and the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq., as applicable.

COUNT 1

1. This Court has jurisdiction over this matter pursuant to the Mine Act, 30 U.S.C. § 820(j). Venue is proper under 28 U.S.C. § 1395(a).

2. The defendant, at all times relevant hereto was an active corporation with its principal office in Printer, Floyd County, Kentucky, within the jurisdiction of this Court.

3. At all relevant times, defendant A C Mining of East KY, Inc., was an "operator" of a "coal or other mine" within the meaning of Sections 3(d) and 3(h) of the Mine Act, 30 U.S.C. §§802(d) and 802(h).

4. At all relevant times, the products of defendant AC Mining of East KY, Inc. mining

operations entered commerce, or the operations or products of which affected commerce, within the meaning of Section 4 of the Mine Act, 30 U.S.C. § 803.

5. On May 21, 2008, the Mine Safety and Health Administration ("MSHA") issued a citation to Defendant AC Mining of East KY, Inc. for a violation of the Mine Act; MSHA assessed a civil penalty for the violation pursuant to the Mine Act. (See Exhibit A, p. 2, attached hereto).

6. That following the issuance of the citation, The United States Department of Labor sent to the Defendant a proposed assessment letter on July 30, 2008 attached hereto as Exhibit A, p. 1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered on September 5, 2008 . A demand for payment was mailed to Defendant on November 3, 2008 (See Exhibit B, attached hereto).

7. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit C with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $150.72.

## COUNT II

8. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count II.

9. Between October 3, 2007 and February 7, 2008, the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit D, p. 2, attached hereto).

10. That following the issuance of numerous citations, The United States Department of

Labor sent to the Defendant a proposed assessment letter on April 2, 2008 attached hereto as Exhibit D, p.1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered May 15, 2008. A demand for payment was mailed to Defendant on July 2, 2008. (See Exhibit E, attached hereto).

11. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit F with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $798.69.

COUNT III

12. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count III.

13. Between January 23, 2008 and February 5, 2008, the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit G, p.p. 2 - 3 attached hereto).

14. That following the issuance of numerous citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on April 2, 2008 attached hereto as Exhibit G, p.1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered on May 15, 2008. A demand for payment was mailed to Defendant on July 2, 2008. (See Exhibit H, attached hereto).

15. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the

penalties. A Certificate of Indebtedness is attached hereto as Exhibit I with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $2,687.64.

## COUNT IV

16. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count IV.

17. Between April 19, 2007 and December 3, 2007, the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed a civil penalties for the violations pursuant to the Mine Act. (See Exhibit J, pp. 2-3, attached hereto).

18. That following the issuance of the citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on January 30, 2008 attached hereto as Exhibit J, p.1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered on March 13, 2008. A Demand for payment was mailed to Defendant on April 30, 2008. (See Exhibit K, attached hereto).

19. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit L with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $2,213.41.

## COUNT V

20. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count V.

21.Between September 25, 2007 and October 15, 2007, the Mine Safety and Health

Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed a civil penalty for the violation pursuant to the Mine Act. (See Exhibit M, p p. 2-3, attached hereto).

22. That following the issuance of the citation, The United States Department of Labor sent to the Defendant a proposed assessment letter on November 28, 2007 attached hereto as Exhibit M, p. 1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered on January 5, 2008. A demand for payment was mailed to Defendant on February 20, 2008. (See Exhibit N, attached hereto).

23. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit O with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $5,046.10.

## COUNT VI

24. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count VI.

25. Between October 30, 2007 and November 21, 2007, the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit P, p 2 attached hereto).

26. That following the issuance of numerous citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on January 1, 2008 attached hereto as Exhibit P, p. 1. The Defendant did not contest or pay the proposed assessment and a Final Order

was entered on February 9, 2008.  A demand for payment was mailed to Defendant on March 26, 2008.  (See Exhibit Q, attached hereto).

27.  Demand for payment has been made on the Defendant, and no payments have been made herein.  The United States, having no further administrative remedy, hereby seeks to recover the penalties.  A Certificate of Indebtedness is attached hereto as Exhibit R with the principal, interest, administrative costs and penalties calculated through May 1, 2009,  for a total due of $425.30.

COUNT VII

28.  Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count VII.

29.  On April 23, 2007 the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act.  (See Exhibit S, p. 2 attached hereto).

30. That following the issuance of numerous citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on September 11, 2007 attached hereto as Exhibit S, p. 1.   The Defendant did not contest or pay the proposed assessment and a Final Order was entered October 26, 2007.  A demand for payment was mailed to Defendant on December 13, 2007.  (See Exhibit T, attached hereto).

31. Demand for payment has been made on the Defendant, and no payments have been made herein.  The United States, having no further administrative remedy, hereby seeks to recover the penalties.  A Certificate of Indebtedness is attached hereto as Exhibit U with the principal, interest, administrative costs and penalties calculated through May 1, 2009,  for a total due of $694.83.

COUNT VIII

32. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count VIII.

33. On February 22, 2007 the Mine Safety and Health Administration ("MSHA") issued a number of citations to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit V, p. 2 attached hereto).

34. That following the issuance of numerous citations, The United States Department of Labor sent to the Defendant a proposed assessment letter on May 15, 2007 attached hereto as Exhibit V, p. 1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered June 29, 2007. A demand for payment was mailed to Defendant on August 17, 2007. (See Exhibit W, attached hereto).

35. Demand for payment has been made on the Defendant, and no payments have been made herein. The United States, having no further administrative remedy, hereby seeks to recover the penalties. A Certificate of Indebtedness is attached hereto as Exhibit X with the principal, interest, administrative costs and penalties calculated through May 1, 2009, for a total due of $737.65.

COUNT IX

36. Paragraphs 1 through 4 in Count I are re-alleged and hereby made Paragraphs 1 through 4 in Count IX.

37. On February 15, 2008 the Mine Safety and Health Administration ("MSHA") issued a citation to Defendant AC Mining of East KY, Inc., for violations of the Mine Act; MSHA assessed civil penalties for each violation pursuant to the Mine Act. (See Exhibit Y, p. 2 attached hereto).

38. That following the issuance of the citation, The United States Department of Labor sent to the Defendant a proposed assessment letter on July 2, 2008 attached hereto as Exhibit Y, p. 1. The Defendant did not contest or pay the proposed assessment and a Final Order was entered August 9, 2008.  A demand for payment was mailed to Defendant on November 3, 2008.   (See Exhibit Z, attached hereto).

39. Demand for payment has been made on the Defendant, and no payments have been made herein.  The United States, having no further administrative remedy, hereby seeks to recover the penalties.  A Certificate of Indebtedness is attached hereto as Exhibit AA with the principal, interest, administrative costs and penalties calculated through May 1, 2009,  for a total due of $183.85.

**WHEREFORE**, the plaintiff, United States of America, prays for relief as follows:

(a)     For  judgment against the defendant, AC Mining of East KY, Inc.,  in the principal amount of $100.00 plus $50.72 in accrued interest, penalties and administrative costs for a total $150.72 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(b)     For  judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $573.00 plus $225.69 in accrued interest, penalties and administrative costs for a total $798.69 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(c)     For  judgment against the defendant, AC Mining of East KY, Inc.,  in the principal amount of $1,951.00 plus $736.64 in accrued interest, penalties and administrative costs for a total $2,687.64 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(d) For judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $1,605.00 plus $608.41 in accrued interest, penalties and administrative costs for a total $2,213.41 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(e) For judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $3,654.00 plus $1,392.10 in accrued interest, penalties and administrative costs for a total $5,046.10 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(f) For judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $300.00 plus $125.30 in accrued interest, penalties and administrative costs for a total $425.30 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(g) For judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $500.00 plus $194.83 in accrued interest, penalties and administrative costs for a total $694.83 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(h) For judgment against the defendant, AC Mining of East KY, Inc., in the principal amount of $526.00 plus $211.65 in accrued interest, penalties and administrative costs for a total $737.65 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961;

(i) For judgment against the defendant, AC Mining of East KY, Inc., in the principal

amount of $125.00 plus $58.85 in accrued interest, penalties and administrative costs for a total of $183.85 as of May 1, 2009, and interest at the legal rate of interest in effect as of the date of entry of the judgment until paid in full pursuant to 28 U.S.C. § 1961.

  (j)  For its costs in the amount of $350.00, as authorized by 28 U.S.C. § 2412(a)(2); and

  (k)  For any and all other lawful relief to which the plaintiff may appear properly entitled herein.

          Respectfully submitted,

          JAMES A. ZERHUSEN
          UNITED STATES ATTORNEY


      By:  s/Cheryl Morgan
         Cheryl Morgan
         Assistant United States Attorney
         260 West Vine Street, Ste. 300
         Lexington, Kentucky 40507
         Phone 859-233-2661
         FAX 859-233-2533
         cheryl.morgan@usdoj.gov